## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GEORGE E. BARBOUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-17-589-C |
| | ) | |
| PELAGIC TANK LLC, | ) | |
| | ) | |
| LEGACY MEASUREMENT SOLUTIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the parties and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 18TH DAY OF SEPTEMBER, 2018**

s/Mark Hammons
HAMMONS, GOWENS, HURST
& ASSOCIATES
Mark Hammons OBA # 3784
325 Dean A. McGee
Oklahoma City, OK 73102
Telephone: (405) 235-6100
Facsimile:  (405) 235-6111
amberashby@hammonslaw.com
*Attorney for Plaintiff*

s/Victor Albert
(*Signed with permission*)
Victor F. Albert, OBA# 12069
Justin P. Grose, OBA# 31073
OGLETREE, DEAKINS, NASH SMOAK &
STEWART, P.C.
The Heritage Building,
621 N. Robinson Avenue, Suite 400
Oklahoma City, Ok 73102
victor.albert@ogletree.com
victor.albert@ogletree.com
justin.grose@ogletree.com
*Attorneys for Defendant*

1